PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Barry Hopson                                           Cr.: 03-00684-001

Name of Sentencing Judicial Officer: William G. Bassler, U.S. District Judge
Reassigned to Judicial Officer: Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 10/06/05
**Violation of Supervised Release:** 11/23/05

Original Offense: Conspiracy to Defraud the U.S. (Wire Fraud)

Original Sentence: Time served; 3 years supervised release; $100 SA; $25,077.55 restitution. Special conditions: Drug testing and/or treatment; financial disclosure; no new debt; mental health treatment; domestic violence program.
**Re-Sentence on Violation:** Supervised release continued; 2 months CCC placement; previous conditions continued.

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/06/05

Assistant U.S. Attorney: John Vazquez                  Defense Attorney: Stacy Biancamano, Esq. (AFPD)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

Hopson admitted using marijuana and cocaine on June 6, 2006. Hopson also admitted using cocaine on June 10, 2006; September 15, 2006; and October 4, 2006.

PROB 12C - Page 2
Barry Hopson

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 01/23/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/30/07
_____
Date